**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: American Medical Systems, Inc., Pelvic Repair System*
*Products Liability Litigation*
*MDL No. 2325*

**Civil Action No.**   2:12-CV-8205

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Teresa Wood

2. Plaintiff Spouse

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    _____

4. State of Residence

    Colorado

5. District Court and Division in which venue would be proper absent direct filing:

    United States District Court District of Colorado

6. Defendants (Check Defendants against whom Complaint is made):

    ☒   A. American Medical Systems, Inc. ("AMS")

    ☒   B. American Medical Systems Holdings, Inc. ("AMS Holdings")

    ☒   C. Endo Pharmaceuticals, Inc.

1149330

☒     D. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐     E. Ethicon, Inc.

☐     F. Ethicon, LLC

☐     G. Johnson & Johnson

☐     H. Boston Scientific Corporation

☐     I. C. R. Bard, Inc. ("Bard")

☐     J. Sofradim Production SAS ("Sofradim")

☐     K. Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction

    ☒     Diversity of Citizenship

    ☐     Other:_____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

<u>1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13</u>

_____

_____

B. Other allegations of jurisdiction and venue

_____

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

   ☐ A. Apogee;

   ☐ B. Perigee;

   ☐ C. MiniArc Sling;

   ☒ D. Monarc Subfascial Hammock;

   ☐ E. SPARC;

   ☐ F. In-Fast;

   ☐ G. BioArc;

   ☐ H. Elevate;

   ☐ I. Straight-In

   ☐ J. Other

   _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

   ☐ A. Apogee;

   ☐ B. Perigee;

   ☐ C. MiniArc Sling;

   ☒ D. Monarc Subfascial Hammock;

   ☐ E. SPARC;

   ☐ F. In-Fast;

   ☐ G. BioArc;

   ☐ H. Elevate;

   ☐ I. Straight-In

   ☐ J. Other;

   _____

10. Date of Implantation as to Each Product

   March 21, 2007

   _____

   _____

11. Hospital(s) where Plaintiff was implanted (including City and State)

   Platte Valley Medical Center, Brighton, CO

   _____

12. Implanting Surgeon(s)

   Jeremiah Bartley, M.D.; Susan Hamstra, D.O.

   _____

13. Counts in the Master Complaint brought by Plaintiff(s)

   ☒   Count I - Negligence

   ☒   Count II – Strict Liability – Design Defect

   ☒   Count III – Strict Liability – Manufacturing Defect

   ☒   Count IV – Strict Liability – Failure to Warn

   ☒   Count V - Strict Liability – Defective Product

   ☒   Count VI - Breach of Express Warranty

   ☒   Count VII – Breach of Implied Warranty

   ☒   Count VIII – Fraudulent Concealment

   ☒   Count IX – Constructive Fraud

   ☒   Count X - Discovery Rule, Tolling and Fraudulent Concealment

   ☒   Count XI – Negligent Misrepresentation

   ☒   Count XII – Negligent Infliction of Emotional Distress

   ☒   Count XIII – Violation of Consumer Protection Laws

   ☒   Count XIV – Gross Negligence

☒ Count XV -   Unjust Enrichment

☐ Count XVI - (By the Spouse) – Loss of Consortium

☒ Count XVII – Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other _____(please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*/s/ Joseph Zonies*_____
Attorneys for Plaintiffs

Joseph J. Zonies, CO # 29539
jzonies@rplaw.com
Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100