# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 20-cv-00441-RM-NRN

TERESA WOOD, and
WILLIAM WOOD,

    Plaintiffs,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

---

## ORDER DIRECTING REASSIGNMENT
---

This matter is before the Court *sua sponte* upon consideration of Defendant's Notice of Related Case (ECF No. 51) advising of three related cases pending in this District:

- *Anna Maria Jorgensen, et al. v. American Medical Systems, Inc.*, 19-cv-2672-DDD-KLM;
- *Anna Carver v. American Medical Systems, Inc.*, 20-cv-445-DDD-MEH; and
- *Kristina Smith-Becker, et al. v. American Medical Systems, Inc.*, 20-cv-437-PAB-NYW.

Pursuant to D.C.COLO.LCivR 3.2(d), 40.1(a), and 40.1(d)(4)(B), after conferral with Judge Domenico, this Court finds the interests of justice are best served and judicial economy is best preserved if this action is REASSIGNED to Judge Domenico.

As required by D.C.COLO.LCivR 40.1(a), approval from Chief Judge Philip A. Brimmer has been obtained for the reassignment of this case to Judge Domenico.  It is therefore

2

**ORDERED** that the above-captioned matter is REASSIGNED to Judge Domenico and all future filings in Civil Action 20-cv-00441-RM-NRN shall be docketed under case number 20-cv-00441-DDD-KLM.

DATED this 27th day of May, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge